PIEDMONT CANNING COMPANY *v.* AMERICAN CAN COMPANY.

ATKINSON, J. Under the pleadings and evidence, a verdict was demanded in favor of the plaintiff for the amount sued for, and there was no error in directing such a verdict.

*Judgment affirmed. All the Justices concur.*
JANUARY 22, 1913.

Complaint. Before Judge Jones. Habersham superior court. August 22, 1911.

*McMillan & Erwin,* for plaintiff in error.

*J. C. Edwards,* contra.